FILED
8/6/19 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Fill in this information to identify the case:

Debtor 1: Jerome Donald Boyd

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Pennsylvania

Case No. 19-23071-GLT
Related to Dkt. No. 5

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Denying Application for Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

1) The Debtor's application for payment of filing fee in installments [Dkt. No. 5] is **DENIED** for failure to pay the filing fee in a previous chapter 13 case filed at Case No. 19-22598-GLT prior to its dismissal.

2) The filing fee in the amount of $310 shall be paid on or before August 13, 2019. Failure to pay the filing fee will result in the dismissal of this case without further notice or hearing.

Dated: August 6, 2019

By the court: [signature]
United States Bankruptcy Judge
cgt

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23071-GLT
Jerome Donald Boyd                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1          Date Rcvd: Aug 06, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db             +Jerome Donald Boyd,   376 Willow Hedge Dr.,   Monroeville, PA 15146-1244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 2